UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KEVIN HOLLICK,

       Plaintiff,

 vs            5:07-CV-1170

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:         OF COUNSEL:

AMDURSKY, PELKY, FENNELL &
 WALLEN, P.C.        GREGORY R. GILBERT, ESQ.
Attorneys for Plaintiff
26 East Oneida Street
Oswego, New York 13126

SOCIAL SECURITY ADMINISTRATION MARIA P. FRAGASSI SANTANGELO, ESQ.
Office of Regional General Counsel   Special Assistant U.S. Attorney
Region II
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

   Plaintiff filed this action in November 2007, seeking review of a decision by the Commissioner of Social Security denying his application for disability benefits.  By Report-Recommendation dated January 15, 2009, the Honorable Randolph F. Treece, United States Magistrate Judge, recommended that this matter be dismissed due to plaintiff's failure to prosecute.  No objections have been filed.

Based upon a careful review of the entire file and the recommendation of Magistrate Judge Treece, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1).

Accordingly, it is ORDERED that the complaint is DISMISSED.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

United States District Judge

Dated:   February 11, 2009
         Utica, New York.